AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

RUBEN BARRERA,

      Petitioner,      JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:12-cv-00154-ECR-VPC**

ERIC H. HOLDER, JR., et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED.

  5/1/2012                                     **LANCE S. WILSON**
                                                               Clerk

                                                             /s/ Pamela McDonald
                                                                Deputy Clerk